IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRAVERMAN KASKEY, P.C. | : | CIVIL ACTION |
| v. | : | |
| MAYA TOIDZE | : | NO. 09-3470 |

### ORDER

AND NOW, this 22 day of February, 2012, upon consideration of the pleadings and the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.

2. Plaintiff Braverman Kaskey, P.C.'s application for entry of a default judgment against Defendant Maya Toidze is **GRANTED** in the amount of $377,275.95.

3. **JUDGMENT IS ENTERED IN FAVOR OF PLAINTIFF BRAVERMAN KASKEY, P.C. AND AGAINST DEFENDANT MAYA TOIDZE IN THE AMOUNT OF $377,275.95.**

BY THE COURT:

_____
LOUIS H. POLLAK, J.