# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRAVERMAN KASKEY, P.C.,** : | |
| Plaintiff, : | Civil Action No. 09-3470 |
| : | |
| v. : | |
| : | |
| **MAYA TOIDZE,** : | |
| Defendant. : | |

## ORDER

**AND NOW,** this 18th day of November 2013, upon consideration of Defendant's Motion to Alter and Vacate Judgment by Default [Doc. No. 38], the Report and Recommendation of Magistrate Judge Angell [Doc. No. 51], Defendant's objections thereto and Plaintiff's response, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the R&R is **APPROVED** and **ADOPTED**. Defendant's Motion to Alter and Vacate Judgment by Default is **DENIED**. This case shall remain **CLOSED**.

It is so **ORDERED.**

                                                **BY THE COURT:**

                                                **/s/ Cynthia M. Rufe**

                                                _____

                                                **CYNTHIA M. RUFE, J.**